No. 00–5286. SANES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5287. D. M., A JUVENILE *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–5288. DUNKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5289. SCHIFFER *v.* GREENPOINT BANK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–5290. BURGESS *v.* GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5292. VOTTA *v.* SECREST ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–5293. CUNDIFF *v.* OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 00–5294. BUSH *v.* CARDULLO ET AL.; BUSH *v.* TEMPLE ET AL.; BUSH *v.* CARDULLO ET AL.; BUSH *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; and BUSH *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 00–5295. STRONG *v.* ROBINSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–5297. CASIMIR *v.* ILLINOIS DEPARTMENT OF PUBLIC AID ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–5298. DEAN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–5299. WATSON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–5300. SUH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–5302. ROSADO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.